UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE CRAWFORD,<br><br>Petitioner,<br><br>v.<br><br>C. E. DUCART, et al.,<br><br>Respondents. | Case No. 16-cv-06832-YGR (PR)<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR A FOURTH EXTENSION OF TIME TO RESPOND TO THE COURT'S JULY 6, 2017 ORDER** |

In an Order dated July 6, 2017, the Court dismissed the instant action with leave to amend. It directed Petitioner to file either a civil rights complaint or a first amended petition as well as to pay the requisite filing fee or complete another *in forma pauperis* ("IFP") application within twenty-eight days from the filing of the July 6, 2017 Order.

On August 15, 2017, the Court granted Petitioner's request for an extension of time to respond to the Court's July 6, 2017 Order. Dkt. 44. In an Order dated October 13, 2017, the Court granted Petitioner's request for a second extension of time to respond. Dkt. 48. Thereafter, on November 28, 2017, the Court granted Petitioner's request for a third extension of time to respond, and directed Petitioner to file his response within twenty-eight days from November 28, 2017. Dkt. 51 at 1.

The twenty-eight day deadline to respond to the Court's July 6, 2017 Order has passed, and Petitioner has failed to adequately respond to the Court's Order. *See* Dkts. 52-57. Instead, Petitioner has filed an incomplete amended complaint by including only Defendants' names and by attaching exhibits without including any claims. *See* Dkts. 53, 56. He has also filed various documents requesting an additional extension of time to "correct [his] amended complaint." *See* Dkts. 52, 55. It seems that Petitioner wishes to proceed with a civil rights action. However, the filing fee for a civil rights action is $350.00. Before this action may proceed as a civil rights action, Petitioner must pay the $350.00 filing fee or file another application for leave to proceed IFP with supporting documents, as he was directed in the July 6, 2017 Order.

1. Before the Court is Petitioner's fourth request for an extension of time to respond to the Court's July 6, 2017 Order. Dkt. 55. His request is GRANTED. No later than **twenty-eight (28) days** from the date of the Order, Petitioner must file a response to the July 6, 2017 Order. Petitioner must complete the Court's civil rights complaint form, a copy of which is enclosed with his copy of this Order. The Court directs Petitioner to complete the <u>entire</u> form and not to simply list the named Defendants or attach exhibits, as he has done in the past. Furthermore, before this action may proceed as a civil rights action, Petitioner must pay the $350.00 filing fee, or file another application for leave to proceed IFP with supporting documents, no later than **twenty-eight (28) days** from the date of this Order. He shall include with his payment or with his IFP application a clear indication that it is for the above-referenced case number, Case No. C 16-6832 YGR (PR).

Finally, the Court notes Petitioner has been submitting documents with the case number for the present matter as well as his other civil action, Case No. 17-3089 DMR (PR). *See e.g.*, Dkts. 53, 56. This is not the proper filing procedure because these cases have not been consolidated. Therefore, Petitioner shall file <u>separate</u> documents for each matter, and he shall only include <u>one</u> case number on any document he files. Petitioner shall refer to the orders filed in Case No. 17-3089 DMR (PR) for any instructions on how to proceed in that matter. Again, each matter will be treated separately. If Petitioner continues to file documents with case numbers for both matters in the caption, then the Court may return such documents to Petitioner for failure to follow the aforementioned instructions.

**If Petitioner fails to file a <u>complete</u> civil rights complaint (along with the full $350.00 filing fee or an *in forma pauperis* application) by the twenty-eight day deadline, the Court will dismiss this action without prejudice for failure to prosecute. <u>Because Plaintiff has already been granted a total of four extensions, no further extensions of time will be granted</u>.** The Clerk of the Court shall send Petitioner a blank civil rights complaint form and a prisoner IFP form.

IT IS SO ORDERED.

Dated: April 26, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

2