UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE CRAWFORD, Petitioner, v. C. E. DUCART, et al., Respondents. | Case No. 16-cv-06832-YGR (PR) **JUDGMENT** |

For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: October 10, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge